GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:   (415) 543-4800
Facsimile:   (415) 972-6301
Email:        gweickhardt@rmkb.com
              wkrog@rmkb.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., erroneously
sued herein as Chase Auto Finance Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL R. RUDIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHASE AUTO FINANCE CORP., a corporation; and DOES 1 through 10 inclusive,<br><br>Defendant. | CASE NO. 3:09-cv-2098 CRB<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Carl R. Rudio and defendant JPMorgan Chase Bank, N.A., erroneously sued herein as Chase Auto Finance Corp., through their respective counsel of record, that the above-captioned complaint filed by

///
///
///
///
///
///
///
///

RC1/5346003.1/AB7

STIPULATION FOR DISMISSAL OF COMPLAINT
WITH PREJUDICE

1  plaintiff Carl R. Rudio against defendant Chase Auto Finance Corp., is hereby dismissed with

2  prejudice. There are no remaining claims or parties to this action.

3      IT IS SO STIPULATED.

5  Dated: July 29, 2009     ROPERS, MAJESKI, KOHN & BENTLEY

    By:/s/ Wendy C. Krog
        GEORGE G. WEICKHARDT
        WENDY C. KROG
        Attorneys for Defendant JPMORGAN
        CHASE BANK, N.A., erroneously sued
        herein as Chase Auto Finance Corp.

Dated: July 29, 2009     LAW OFFICES OF ERIC F. FAGAN

    By:/s/ Jeremy S. Golden
        ERIC F. FAGAN
        JEREMY S. GOLDEN
        Attorneys for Plaintiff CARL R. RUDIO

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled complaint is dismissed with prejudice.

Dated: __July 30__, 2009

    _____
    THE HON. CHARLES R. BREYER
    U.S. DISTRICT JUDGE